THE HONORABLE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT L. WEBSTER, <br><br> Petitioner, <br><br> v. <br><br> STEPHEN SINCLAIR, <br><br> Respondent. | NO. C09-1489-TSZ-MAT <br><br> ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER <br><br> (~~PROPOSED~~) |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to May 28, 2010, to file an answer to the habeas corpus petition is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this 20th day of April, 2010.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

ROBERT M. MCKENNA
Attorney General

s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General

ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME (~~PROPOSED~~)- NO.C09-1489-TSZ-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445