UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT L. WEBSTER, | ) |
| | ) CASE NO. C09-1489-TSZ |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER DENYING PETITIONER'S |
| | ) HABEAS PETITION WITH |
| STEPHEN SINCLAIR, | ) PREJUDICE |
| | ) |
| Respondent. | ) |
| | ) |

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, to which no objections have been filed, does hereby find and Order:

(1) The Court adopts the Report and Recommendation, docket no. 19;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 22nd day of September, 2010.

Thomas S. Zilly
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1